LEONORA R. GOTTFRIED, PLAINTIFF-APPELLANT, v. THE PRU-
DENTIAL INSURANCE COMPANY OF AMERICA AND THE
PENN MUTUAL LIFE INSURANCE COMPANY, DEFEND-
ANTS-RESPONDENTS.

Argued February 20, 1980—Decided March 28, 1980.

*Richard H. Thiele, Jr.,* argued the cause for appellant.

*William L. Dill, Jr.,* argued the cause for respondents (*Stryker, Tams & Dill,* attorneys; *James D. Ferrucci* and *Charles H. Friederich* on the brief).

PER CURIAM.

The judgment is reversed substantially for the reasons expressed in the dissenting opinion of Judge Kole in the Appellate Division, reported at 173 *N.J.Super.* 381 (1979).

*For reversal* —Justices SULLIVAN, PASHMAN, CLIFFORD, SCHRIEBER and HANDLER—5.

*For affirmance* —None.